No. 72–5619.  BEECH *v.* MELANCON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 72–5621.  LUCAS *v.* WISCONSIN ELECTRIC POWER Co. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 72–5623.  BRIGHT *v.* NEW JERSEY.  C. A. 3d Cir.  Certiorari denied.

No. 72–5628.  BERNSTEIN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–5631.  MEANS *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 72–5633.  REILLY *v.* NELSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 72–5635.  ALLEN *v.* THOMAS.  C. A. 4th Cir.  Certiorari denied.

No. 72–5637.  SZABO *v.* WESTMORELAND COUNTY AUTHORITIES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 72–5638.  IN RE SWOPE.  C. A. 7th Cir.  Certiorari denied.

No. 72–5646.  DABNEY *v.* DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 72–5647.  EVANS *v.* SLAYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 72–5649.  MILSTEAD ET AL. *v.* CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 72–5650.  CAMPBELL *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 72–5696.  PLATSIS *v.* MICHIGAN ET AL.  Ct. App. Mich.  Certiorari denied.